UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOSEPH GUGLIELMO,

                             Plaintiff,

               -against-

ASSOULINE, INC., et al.,

                        Defendants.

-------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/11/2021___
```

20-CV-5921 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On July 30, 2020, Plaintiff filed this action against Defendant Assouline, Inc. (Doc. 1.)

Plaintiff obtained a summons for Assouline, Inc. on July 31, 2020. (Doc. 4.) On October 7,

2020, Plaintiff amended the complaint, and added Assouline Publishing, Inc. as a defendant.

(Doc. 5.) Plaintiff obtained a summons for Assouline Publishing, Inc. on October 8, 2020.

(Doc. 7.) To date, Plaintiff has not filed affidavits of service or taken any other action to

prosecute this case. Accordingly, it is hereby:

ORDERED that, no later than January 19, 2021, Plaintiff shall submit a letter of no more

than three (3) pages, supported by legal authority, demonstrating good cause as to why this case

should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). "Good cause is

generally found only in exceptional circumstances where the plaintiff's failure to serve process in

a timely manner was the result of circumstances beyond its control." *E. Refractories Co. v.*

*Forty Eight Insulations, Inc.*, 187 F.R.D. 503, 505 (S.D.N.Y. 1999) (internal quotation marks

omitted). "District courts consider the diligence of plaintiff's efforts to effect proper service and

any prejudice suffered by the defendant as a consequence of the delay." *Id.* (internal quotation

marks omitted). "An attorney's inadvertence, neglect, mistake or misplaced reliance does not

constitute good cause." *Howard v. Klynveld Peat Marwick Goerdeler*, 977 F.Supp. 654, 658

(S.D.N.Y.1997) (citing *McGregor v. United States*, 933 F.2d 156, 160 (2d Cir.1991), *aff'd*, 173

F.3d 844 (2d Cir.1999)). Plaintiff is warned that failure to submit a letter and to demonstrate

good cause for failure to serve Defendants within ninety days after the complaint was filed will

result in dismissal of this action.

SO ORDERED.

Dated:     January 11, 2021
           New York, New York

VERNON S. BRODERICK
United States District Judge